UNITED STATES DISTRICT COURT
Western District of California

Deion Dee Lockhart # 46756177
        Plaintiffs,

                                2:20cv8616-SVW-MRW

            V.

united states Prison
John Doe, warden califarnia federa Prison,
John Doe, Corrections officers at califarnia
federal Prison, individually and in their official
capacities,
    Defendants

Civil Action No. (TRT-WXR-2020-02061)
Complaint
            I. JurisDiction and Venue

1. This is a civil action authorized by federal Tort claims Act (FTCA) 28 U.S.C. §§ 1346, 2671, et seq 28 U.S.C. § 2401 (b) and 28 U.S.C. § 2675(a) and all deem provision 28 U.S.C. § 2675 (a) to redress the deprivation, under color of state law, of right secured by the constitution of the united states. The Court has Jurisdiction under 28 U.S.C. section 1331 and 1343 (a)(3), Plaintiff Lockhart seeks declaratory relief pursuant to 28 U.S.C. section 2201 and 2202. Plaintiff Lockhart's claims for injunctive relief are authorized by 28 U.S.C. Section 2283 and 2284 and Rule 65 of the federal Rules of civil Procedure



FILED
CLERK U.S. DISTRICT COURT

SEP 16 2020

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

V, Legal ClaIMs,

1. Plaintiffs reallege and incorporate by reference paragraphs 1-17 as to Bivens is section 139(B) of the united states code. and Porter V. Nussle, 534 U.S. 516 (2002) and all USM-FTCA 28forS Negligence failure to protect and united states V. Muniz, 374 U.S. 150 (1963) and all so yosuf V. united states. 642 F. supp. 415 M. D. Pa. 1986, and intentional Torts Assault and Battery and Intention infliction of Emotional Distress IIED. schmidt V. Odell, 64 F. supp 2d 1014 D. kan (1999) injury, 28 u.s.c. § 2675 (a) and all so i deem the claim denied under 28 U.S.C. § 2675 (a) and all so Damages in FTCA this re the all the claims iam puting in thank you i am get all the Administrative for my medical Records to show the case the tell me 2 month the send to me so i can send in to the courts i am in the shu her atwater california i am going there the grievance systems to get the Medical Records and the X-Rays of wut happen to me and video Camera FTCA, 28 u.s.c. §§ 1346, 2671,

(2)

2. The Western District of California is an appropriate venue under 28 U.S.C. section 1391 (b)(2) because it is where the events giving rise to this claim occurred.

## II. PlAINTIFFS

3. Plaintiff Lockhart, is and was at all times mentioned herein a prisoner of the federal of california in the custody of the california Department of Corrections. He is currently confined in California federal Prison, in Atwater California.

4. Plaintiff Deion Dee Lockhart is and was at all times mentioned herein a prisoner of the federal of california in the custody of the California Department of Corrections. He is currently confined in California federal prison, in Atwater california

## III. DEFENDANTS

5. Defendant John Doe is the warden of California federal Prison, He is legally responsible for the operation of California federal prison and for the welfare of all the inmates of that prison.

6. Defendant John Doe is a Correctional officers of the California Department of Corrections who, at all times mentioned in this complaint, held the of prison guard and was assigned to California

Federal Prison.

7. Each defendant is sued individually and in his official capacity. At all times mentioned in this complaint each defendant acted under the color of state law.

## III. FACTS

8. A all times relevant to this case, Plaintiffs Lockhart Deion wus sitting out side of cell in 6A Damages in FTCA and Negligence and Assault and Battery

9. on October 30, 2018, Defendant John Does sitting in the office and did not conduct routine and scheduled cell search upon information and belief califarnia federal prison policy dictated that each cell be searched once a week for contraband or painted weapon Damages in FTCA and intentional Torts - Assault and Battery

10. John Doe searched people right i dictated wont got stab with contraband

~~XXXXXXXXXXXXXXXX got XXXXXXX~~

11. that same day, Lockhart got stab i wus saying help help help like a 8 time it look like No ome move at all and i wus sitting By the office wen it happen i wus fighting for my life the frist stab went in my riB and hit a lung deep Babling TRying to talk and NOT clear at all and

(3)

Blow out Be cus Blood came out pipe breathing oxygen asphyxiating i wus unconscious or die it feel like Blocking Breathing and i wus stell fighting win i get hit 3 or 4 time with 9 inch point weapon i die to time that day the Dr. tell me win i got there my heart stop and 6 go By and i Die in the scourge But the bring me Back to life i week up with Big tuBes two of them in my side and a Big wound were the put the plate in the riB and on Top of all that the keep me in ICU for day the move me up to the 8 floor and the fly me there to the Medical I am go there it day athere day TRying to get Better But in some muck pain No Body helps her the put me in a cell.

12. Now i got PTSD real real Bad and I am struggle at Night to sleep cus win i do it go Back to the day i got stab trauma, i am faceins in life impact of survivor pain. FTCA Negligence Emotional Distress

13. I do the National Institute of mental Health and the National institute on Alcohol Abuse and Alcoholism. Assault and Battery

14. John Does did Not stop me from geting stab that day on October 30, 2018 it the JoB

to keep me self and the did Not do so policy say my life is in there heads.

15. A Bureau of Prison medical report indictes Lockhart was staBBed in the left axilla on 10/30/18 in victorville with left 5th riB fracture plated with screws and that Lockhart describes difficulty breathing approximately every other day. Mot Ex 2, at 203. Lockhart has also been prescribed an alButerol inhaler. Id. at 205.

16. John Doe warden responded that is how we deal with sex case the get staBBed her at victorville in california federal Prison.

## IV. EXHAUSTION of LeGAL REMEDIES

17. Plaintiff Lockhart used the prisoner grievance procedure availaBle at california federal prison to try and solve the problem on December 30, 2019 plaintiff Lockhart presented the facts relating to this complaint. on December 31, 2019 plaintiff Lockhart was sent a response saying that the grievance had been on go. on August 17, 2020 he appealed the denial of the grievance to the warden He received No response. Lockhart grievance and appeal are attached as Exhibit C.

(4)

## V, LeGAL CLaIMs

18. Plaintiff reallege and incorporate by reference paragraphs 1-17

19. Defendant John Doe used excessive force against plaintiff Lockhart by late hem get staB him in the RIB. when Lockhart was not violating any prison rule, and was not acting disruptively. Defendant John Doe action violated Plaintiff Lockhart's right under the Eigh th Amendment to the United States constitution, and caused Plaintiff Lockhart pain, suffering, physical injury and emotional distress.

20. Defendant John Doe used and continues to use excessive force against Plaintiff Lockhart by Not stoping the staBBed ing him in the RiB repeatedly all over the Body when Lockhart is Not violating any prison rule, nor acting disruptively in any way. Defendant John Doe action violated and continues to violate Plaintiff Lockhart right under the Eighth Amendment to the United States constitution, and is causing Plaintiff Lockhart, pain, suffering, physical injury and emotional distress. Negligence and intentional - Assault and Battery

21. By staBing Plaintiff Lockhart with physical violence for exercise of his right to seek redress from the prison through use of the prison grievance system, Defendant John Doe is retaliating against Plaintiff Lockhart unlawfully, in Violation of

Plaintiff Lockhart under the first Amendment to the united States Constitution. These illegal actions are causing Plaintiff Lockhart injury to his first Amendment right.

22. Plaintiff Lockhart has no plain, adequate or complete remedy at law to redress the wrongs described herein. Plaintiff has been and will continue to be irreparably injured by the conduct of the defendants unless this court grants the declaratory and injunctive relief which plaintiff seeks.

## VI. PRAYER for RELIEF

whereFore, plaintiffs respectfully pray that this court enter Judgment;
Granting Plaintiff Lockhart a declaration that the acts and omissions described herein violate his right under the constitution and laws of the united states, and
A preliminary and permanent injunction ordering defendants John Doe to cease their physical violence and life threats toward Plaintiff Lockhart, and
Granting Lockhart compensatory damages in the amount of $1,000,000 against each defendant, jointly and severally.

(5)

Plaintiff Lockhart seeks compensatory damages of 1,000,000 against defendant John Doe only.

Both plaintiffs seek punitive damages in the amount of 1,000,000 Plaintiff Lockhart seeks these damages against each defendant, Jointly and severally. Plaintiff Lockhart seeks damages only against defendant John Doe

Plaintiff also seek a Jury Trial on all issues triable by Jury,

Plaintiff also seek recovery of their cost in this suit, and

Any additional Relief this court deems Just proper. and equitable

Dated September 11, 2020

Respectfully suBmitted
Deion Dee Lockhart JR #46756177
federal united states penitentary
P.O. Box 019001
Atwater, Ca 95301

## VeRIFICATION

I have read the foregoing complaint and hereby verify that the matters alleged therein are true; except as to matters alleged on information

and belief, and as to those, I believe them to be True. I Certify under penalty of perjury that the foregoing is true and correct.

Executed at Atwater, California on September 12, 2020

Deion Vee Lockhart JR #46756177



**U.S. Department of Justice**
**Federal Bureau of Prisons**

*Western Regional Office*
*7338 Shoreline Drive*
*Stockton, California 95219*

December 31, 2019

Deion Lockhart
#46756-177
United States Penitentiary
PO BOX 3900
Adelanto, CA 92301

RE:    Administrative Claim No. TRT-WXR-2020-02061 Received: December 30, 2019

Dear Mr. Lockhart:

This acknowledges receipt of your Claim for Damage, Injury or Death (Standard Form 95) submitted to or forwarded to this office under the provisions of the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346, 2671, et seq.

In accordance with the applicable provisions of the statute, this agency has up to six months from the date received in which to make a final determination of your administrative claim for damages. This time frame began on the date that your claim was received for filing and processing as noted above.

Based on the location of your allegations, the Los Angeles Consolidated Legal Center will be handling your claim for investigation and response. Please note all future correspondence and change of address should reference the administrative claim number and be directed to:

Eliezer Ben-Shmuel
Supervisory Attorney
MDC Los Angeles
535 N. Alameda Street
Los Angeles, CA 90012

Sincerely,

DENNIS M. WONG
WESTERN REGIONAL COUNSEL

DMW/sg

U.S. Department of Justice
Federal Bureau of Prisons
Western Regional Office
7338 Shoreline Drive
Stockton, California 95219
Official Business

Speedy
(816) 547-2243
Ms Silver Gainer

Deion Lockhart
# 46755-177
United States Penitentiary
PO BOX 019001
Atwater, CA 95301

28

2818 Kentucky St
Pine Bluff
Arkansas
71601

U.S. OFFICIAL MAIL
PENALTY FOR PRIVATE USE $300
PITNEY BOWES
$ 000.50⁰
02 1P
0000007203 DEC 31 2019
MAILED FROM ZIP CODE 95219

Deion Lockhart # 46756177
federal united states penitentary
P.O. Box 019001
At water, Ca 95301

RECEIVED
CLERK, U.S. DISTRICT COURT

SEP 16 2020

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

U.S. CouRT House
312 N SPRing S.T
Los Angeles, CA 90012

9001234701