1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

DEION LOCKHART,

　　　　Plaintiff,

　　　v.

UNITED STATES OF AMERICA,

　　　　Defendant.

Case No. CV 20-8616 SVW MRW

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

　　　Pursuant to 28 U.S.C. § 636, the Court reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

1  IT IS ORDERED that Judgment be entered dismissing this action with
2  prejudice.

DATE: August 12, 2024

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

2